1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ERIK A. RAPOPORT, State Bar #187059
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3950
6  Facsimile:    (415) 554-4248
   E-Mail:       erik.rapoport@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  RACHEL LANGSTON, State Bar #257950
   LEGAL AID SOCIETY
10 EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
11 San Francisco, California  94104

12 Attorneys for Plaintiff
   KUIANA TAYLOR
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KUIANA TAYLOR,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. CV 14 3555 CRB<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF; AND [PROPOSED] ORDER ALLOWING PARTIES TO FILE DISCOVERY LETTER REGARDING PRODUCTION OF CITY DOCUMENTS AND IDENTIFICATION OF CITY EMPLOYEES RECEIVING PUBLIC ASSISTANCE**<br><br>**Civ. Local Rules 7-11 and 7-12** |
|---|---|

(Note: "PROPOSED" shown with strikethrough)

       Plaintiff Kuiana Taylor and Defendant City and County of San Francisco (collectively, "the parties") hereby move this Court for an order allowing the parties to file a letter brief setting forth the parties' respective positions regarding the production of City documents and identification of City employees in the City's Jobs Now program, the job program in which Plaintiff participated.  In order to qualify for the Jobs Now program, individuals must have received public assistance in the past.  It is

1  the City's position that information identifying employees who are receiving public assistance is
2  protected by California Welfare and Institutions Code section 10850 which makes the disclosure of
3  such information a misdemeanor under California law.  It is Plaintiff's position that this information is
4  highly relevant and necessary for Plaintiff to litigate her discrimination and harassment claims against
5  the City because a number of these individuals were witnesses to Plaintiff's alleged harassment and/or
6  alleged similar claims of harassment against Plaintiff's supervisor.

7       The Parties hereby make this Stipulated Motion for Administrative Relief in order to timely
8  resolve this discovery dispute so that documents can be produced and an initial round of depositions
9  can occur before the Court ordered mediation, currently set for May 20, 2015, takes place.  Waiting 35
10 days to resolve this dispute through formal motion procedures would needlessly delay the process and
11 possibly prevent the parties from adequately preparing for the mediation.  Moreover, filing a single
12 letter outlining the parties respective positions will reduce the attorney time spent resolving this
13 dispute.

Dated:  January 28, 2015       LEGAL AID SOCIETY

                                By: /s/Rachael Langston
                                RACHAEL LANGSTON

                                Attorney for Plaintiff
                                KUIANA TAYLOR

dated:  January 28, 2015       DENNIS J. HERRERA
                                City Attorney
                                ELIZABETH SALVESON
                                Chief Labor Attorney
                                ERIK A. RAPOPORT
                                Deputy City Attorney

                               By: /s/Erik A. Rapoport
                                ERIK A. RAPOPORT
                                Attorney for Defendant

                                CITY AND COUNTY OF SAN FRANCISCO

**[Proposed] ORDER**

The Court has reviewed the Parties Stipulated Motion for Administrative Relief.  Good cause appearing, and PURSUANT TO STIPULATION, IT IS SO ORDERED – The Parties may file a single letter outlining their respective positions regarding the City's production of documents and identification of City employees receiving public assistance.

Dated:   February 3, 2015   



CHARLES R. BREYER
United States District Judge

Stipulated Motion for Admin. Relief            3                    n:\labor\li2014\150237\00986242.doc
CASE NO.  CV 14 3555 CRB